**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| ROC FUNDING GROUP, LLC | : | No. 86 MAL 2022 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| STOP 26-RIVERBEND, LLC AND PERCY | : | |
| SQUIRE, ESQUIRE, AS PERSONAL | : | |
| REPRESENTATIVE FOR THE ESTATE OF | : | |
| RUTH SQUIRE | : | |
| | : | |
| | : | |
| PETITION OF:  PERCY SQUIRE | : | |

## **ORDER**

**PER CURIAM**

  **AND NOW**, this 27th day of July, 2022, the Petition for Allowance of Appeal is **DENIED**.